IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AARON LEE CARR, #208196, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:22-cv-390-ECM |
| | ) |
| CHADWICK CRABTREE, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

On March 17, 2025, the Magistrate Judge entered a Recommendation (doc. 20) to which no timely objections have been filed.[1]  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 20) is ADOPTED, and this case is DISMISSED without prejudice for the Petitioner's failure to prosecute and to comply with the Orders of the Court.

A separate Final Judgment will be entered.

DONE this 14th day of April, 2025.

                                                  /s/ Emily C. Marks
                                                  EMILY C. MARKS
                                                    CHIEF UNITED STATES DISTRICT JUDGE

---

[1] While the Petitioner did not file objections to the Recommendation, he did file a motion for relief from judgment wherein he requests immediate release from the Alabama Department of Corrections' custody. (Doc. 21).  To the extent he intended his motion to operate as objections to the Recommendation, the objections are overruled because the Petitioner fails to demonstrate that the Magistrate Judge committed any error.  Moreover, the Petitioner's motion (doc. 21) does not comply with the Magistrate Judge's earlier directive to show cause why his petition should not be dismissed as time-barred, procedurally barred, and unexhausted because his motion does not address those issues.